TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00270-CR

Johnny Wayne Andrews, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT

NO. 48343, HONORABLE MARTHA TRUDO, JUDGE PRESIDING

PER CURIAM

After appellant pleaded guilty and judicially confessed to felony driving while intoxicated,
the district court found him guilty and assessed punishment at imprisonment for eight years. Tex. Penal
Code Ann. §§ 49.04(a), 49.09(b) (West Supp. 1998). Appellant's court-appointed attorney filed a brief
concluding that the appeal is frivolous and without merit. The brief meets the requirements of Anders v.
California, 386 U.S. 738 (1967), by advancing contentions which counsel says might arguably support
the appeal. See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); Jackson v. State, 485 S.W.2d
553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of
counsel's brief was delivered to appellant, and appellant was advised of his right to examine the appellate
record and to file a pro se brief. No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and
without merit. A discussion of the contentions advanced in counsel's brief would serve no beneficial
purpose.

The judgment of conviction is affirmed.

Before Chief Justice Yeakel, Justices Aboussie and Jones

Affirmed

Filed: August 13, 1998

Do Not Publish